IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CECILIA B. EVANS                                                                          PLAINTIFF

V.                                        CIVIL ACTION NO. 4:18-CV-00016-NBB-JMV

WASHINGTON COUNTY REGIONAL
CORRECTIONAL FACILITY AND
SHERIFF MILTON GASTON                                                          DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the record of this case, the Court finds that the Report and Recommendation ("R&R") of the United States Magistrate Judge dated June 4, 2018, was on that date duly filed; that the *pro se* Plaintiff was notified; that more than fourteen days have elapsed since notice of said R&R; and that no objection thereto has been filed or served. After reviewing the thoroughly analyzed and well-written R&R, the Court is of the opinion that it should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated June 4, 2018, is, hereby, approved and adopted as the opinion of the Court.

2. That this case is **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

This, the 23rd day of July, 2018.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**